UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>MARIANNE SMYTH | No. 1:24-mc-00084-JCN |

## MOTION TO SEAL CASE

The United States moves that this case be sealed. The public disclosure of the fact that a complaint has been filed could result in the flight of Smyth, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the arrest.

The Government requests that this case be unsealed upon Smyth's arrest.

Date: 2/23/24

Darcie N. McElwee
United States Attorney

Joel B. Casey
Assistant U.S. Attorney

2/23/24
Motion granted.