UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF MARIANNE SMYTH | ) ) ) ) ) | 1:24-mc-00084-JCN |

**ORDER OF TEMPORARY DETENTION**

Marianne Smyth appeared before the Court on February 23, 2024, for an initial appearance on a complaint for extradition. The Court informed Ms. Smyth of her right to an extradition hearing. Ms. Smyth requested an extradition hearing. The Government moved for detention pending the extradition hearing. Ms. Smyth requested a hearing on the Government's request for detention.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pending the hearing on the Government's request for detention; and it is further

ORDERED that Defendant shall next appear before this Court on a date to be established for the purpose of consideration of release or detention.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 23rd day of February, 2024.