AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

2024 FEB 27 P 1:43

| | |
|---|---|
| United States of America<br>v.<br>Marianne Smyth<br><br>Defendant | )<br>)  Case No. 1:24-mc-00084-JCN<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Marianne Smyth,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from the United Kingdom, which has sought Smyth's arrest pursuant to the extradition treaty between the United States and the United Kingdom, for fraud by abuse of position and theft in violation of the criminal law of the United Kingdom.

Date: 2/23/24

_____
Issuing officer's signature

City and state:  Bangor, Maine

John C. Nivison, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 2/23/2024, and the person was arrested on *(date)* 2/23/2024
at *(city and state)* _____.

Date: 2/23/2024

_____
Arresting officer's signature

Spencer Christie  DUSM
Printed name and title