**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

IN THE MATTER OF THE EXTRADITION OF

MARIANNE SMYTH

Misc. No. 1:24-mc-00084-JCN

**CERTIFICATION AND COMMITTAL FOR EXTRADITION**

Having held an extradition hearing on April 17, 2024, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of the United Kingdom, and the pleadings and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

(1) This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to Title 18 U.S.C. § 3184;

(2) This Court has personal jurisdiction over Marianne Smyth ("Fugitive") found and arrested on February 23, 2024 in this District pursuant to a complaint filed by the United States in response to the request of Government of the United Kingdom for the arrest and extradition of the Fugitive;

(3) The extradition treaty between the United States and the Government of the United Kingdom ("Treaty"), was in full force and effect at all times relevant to this action;

(4) The Marianne Smyth sought by the United Kingdom authorities and the Marianne Smyth arrested in this District for extradition and brought before this Court are one and the same person;

(5) The Fugitive has been charged in the United Kingdom with four counts of Sections 1 and 4 of the United Kingdom's Fraud Act of 2006, and four counts of theft in

1

violation of Section 1 of Northern Ireland's Theft Act of 1969.  The Government of the United Kingdom has jurisdiction over this criminal conduct;

(6) The above referenced Treaty between the United States and the United Kingdom, pursuant to Article 2, encompasses the offenses for which the Fugitive has been charged and for which extradition is sought for trial;

(7)  The Government of the United Kingdom submitted documents that were properly authenticated and certified in accordance with the terms of the Treaty (Article 9).

(8)  There is probable cause to believe that the Fugitive before this Court, the same person identified in the extradition request from the Government of the United Kingdom, committed the offenses for which extradition is sought;

(9) The evidence before this Court is sufficient to provide a reasonable basis to believe that the person sought committed the offenses for which extradition is requested. This finding rests upon the documents submitted by the Government of the United Kingdom in this matter. *See generally* Docket Entry No. 3-1.

THEREFORE, pursuant to 18 U.S.C. § 3184, the above findings, I certify the extradition of the Fugitive, Marianne Smyth, to the United Kingdom, on all offenses for which extradition was requested, and commit the Fugitive to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3186.

I further order that the Clerk of this Court forward a certified copy of this Certification and Committal for Extradition, together with a copy of the evidence presented in this case, including the formal extradition documents received in evidence

and any testimony received in this case, to the Secretary of State.

Dated at Bangor this ___day of April, 2024                    _____

JOHN C. NIVISON
U.S. MAGISTRATE JUDGE